

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

✷ SEPT 30 2005 ✷

September 27, 2005

BROOKLYN OFFICE

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. Alberto Alvarado
            Criminal Docket No. 01-1424(S-1)(JG)

Dear Judge Gleeson:

    The government respectfully requests a brief adjournment of re-sentencing, which currently is scheduled for October 7, 2005, because government counsel will be out of the office between October 3-7 for work-related travel. Defense counsel does not object to the requested adjournment and has indicated that she is available the week of October 24, except for October 28.

*Granted*
*new date*
*10/26/05 11:30 am*

Respectfully submitted,

ROSLYNN MAUSKOPF
United States Attorney

By: _____
Pamela K. Chen
Assistant U.S. Attorney

s/John Gleeson

cc: Lisa Scolari, Esq.
    Elizabeth Fitzgerald, U.S. Probation Dept.

**United States Attorney's Office**
**Eastern District of New York**

**ROSLYNN R. MAUSKOPF**
**United States Attorney**

**Narcotics Section**
**156 Pierrepont Street**
**Brooklyn, New York 11201**

## Facsimile Transmission Cover Page

**TO:**

Name: _____Judge Gleeson_____

Division/Section: _____

Phone Number: _____

FAX Number: _____(718) 260-2457_____

---

### CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

---

FROM: _____Pamela Chen, AUSA_____

Office of the United States Attorney, Eastern District of New York

Phone:  FTS/COMMERCIAL (718) 254-7575

Fax:    FTS/COMMERCIAL (718) 254-6327/6321

Date: ____9/27/2005____      Pages: ____2____

Re: ____Alberto Alvarado_____

---

### INSTRUCTIONS

____ IMMEDIATELY NOTIFY SENDER OF ANY DIFFICULTIES IN TRANSMISSION.

____ PLEASE NOTIFY SENDER OF RECEIPT BY TELEPHONE.