# LISA SCOLARI
### Attorney At Law
### 20 VESEY STREET, SUITE 400
### NEW YORK, NEW YORK 10007

TEL. (212) 227-8899           March 15, 2006           FAX (212) 964-2926

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
*Via fax*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ MAR 21 2006 ★

BROOKLYN OFFICE

Re:   United States v. Alberto Alvarado, et al.
      01 Cr. 1424 (JG)

Dear Judge Gleeson:

I write to request an adjournment of Alberto Alvarado's sentence which is currently scheduled for March 17, 2006. I have yet to complete the work necessary to both respond to the government's presentence submission and to write a defense presentence memo. Pamela Chen, Esq. consents to this application.

Therefore, I request that the sentence be adjourned to a date during the week May 1, 2006.

Very truly yours,

Lisa Scolari

SO ORDERED:

s/John Gleeson
HON. JOHN GLEESON

*Sentence adjourned to May 2, 2006 @ 10:30 am*

cc: Pamela Chen, Esq.