**LISA SCOLARI**
Attorney At Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 227-8899   April 27, 2006   **FILED**   FAX (212) 964-2926

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
*Via fax*

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 8 2006 ★
BROOKLYN OFFICE

Re:   **United States v. Alberto Alvarado, et al.**
      01 Cr. 1424 (JG)

Dear Judge Gleeson:

   I write to request an adjournment of Alberto Alvarado's sentence which is currently scheduled for May 2, 2006. The defense needs additional time to complete its investigation as well as obtain records that will be part of a presentence submission and relevant to sentence under 18 U.S.C. 3553(a). Therefore I request that the sentence be adjourned to a date during the week of June 26, 2006.

   Pamela Chen, Esq. has no objection to this request.

Very truly yours,

Lisa Scolari

*Sentence adjourned to 6-30-06 at 2:00pm*

SO ORDERED:

s/John Gleeson
────────────────
HON. JOHN GLEESON

cc: Pamela Chen, Esq.