**LISA SCOLARI**
Attorney At Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 227-8899                                                                    FAX (212) 964-2926

June 28, 2006

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201
*Via fax*

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2006 ★
BROOKLYN OFFICE**

Re:   United States v. Alberto Alvarado, et al.
      01 Cr. 1424 (JG)

Dear Judge Gleeson:

I write to request an adjournment of Alberto Alvarado's sentence which is currently scheduled for June 30, 2006. In the course of investigating this matter, I have learned of an witness who may have significant information regarding Mr. Alvarado's case and we need an opportunity to locate and interview the witness. Therefore, I request that the sentence be adjourned to a date during the week of August 7, 2006. I will be on vacation from August 18, 2006 through September 6, 2006.

Pamela Chen, Esq. has no objection to this request.

Very truly yours,

Lisa Scolari

Adj to [illegible] at 2:00
9-15-06

SO ORDERED:

s/John Gleeson     6-28-06
HON. JOHN GLEESON

cc: Pamela Chen, Esq.